# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 18

| | |
|---|---|
| J. TEDD SMITH, | ) |
| Plaintiff | ) |
| V | ) ORDER |
| E & E CO., LTD., | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Penny C. Wofford's Application for Admission to Practice *Pro Hac Vice* of Shannon Marie Metz. It appearing that Shannon Marie Metz is a member in good standing with the South Carolina State Bar and will be appearing with Penny C. Wofford, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Penny C. Wofford's Application for Admission to Practice *Pro Hac Vice* (#6) of Shannon Marie Metz is **GRANTED**, and that Shannon Marie Metz is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Penny C. Wofford.

Signed: February 16, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge