**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12cv18**

| | | |
|---|---|---|
| **J. TEDD SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **E&E CO., LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

This civil action was removed to this Court on January 26, 2012. [Doc. 1]. On February 2, 2012, the Defendant filed an Answer and Counterclaims against the Plaintiff. [Doc. 4]. On February 27, 2012, the Plaintiff filed a Motion to Dismiss the Defendant's Counterclaims. [Doc. 9].

Due to the pending Motion to Dismiss, issues have not yet joined in this action. <u>See</u> LCvR 16.1(D). Because the pending motion addresses only the Defendant's Counterclaims, however, such motion would not be dispositive of the entire action. Accordingly, the Court will direct the parties to proceed with an initial attorneys' conference.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than **March 20, 2012**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **March 27, 2012**.

**IT IS SO ORDERED**.

Signed: March 8, 2012

Martin Reidinger
United States District Judge