## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12cv18

| | |
|---|---|
| J TEDD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| E&E CO., LTD., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Allow Thomas A. Bright to Act as Trial Counsel [# 26]. Previously, the Court admitted Thomas Bright to practice *pro hac vice* in this case. (Order, Feb. 16, 2012.) Attorney Bright now moves for leave to practice without local counsel in this case. Attorney Bright, who is a member of the South Carolina bar, is not licensed to practice in North Carolina. Upon a review of the docket and the motion, the Court **DENIES** the motion [# 26]. If Attorney Bright desires to serve as counsel in this case, he must associate with local counsel. To the extent that Defendant finds it inefficient to have two attorneys involved in this case, Defendant can obtain counsel licensed to practice in North Carolina to serve as lead counsel.

Signed: April 3, 2013

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge